UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

TRAVIS LEAR,

          Petitioner,

   v.

STATE OF WASHINGTON,

          Respondent.

CASE NO. C21-0013-RAJ

ORDER DENYING PETITIONER'S HABEAS PETITION

The Court, having reviewed petitioner's petition for writ of habeas corpus, the Report and Recommendation of Mary Alice Theiler, United States Magistrate Judge, and the remaining record, does hereby find and Order:

(1)    The Court adopts the Report and Recommendation;

(2)    Petitioner's habeas petition and this action are DISMISSED, with prejudice;

(3)    Petitioner is DENIED issuance of a certificate of appealability, and

(4)    The Clerk is directed to send copies of this Order to petitioner and to Judge Theiler.

DATED this 24th day of February, 2021.

*[signature: Richard A. Jones]*

The Honorable Richard A. Jones
United States District Judge